**UNPUNISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6472

WILLIAM R. COUCH,

                Plaintiff - Appellant,

        v.

R. MATHENA; DONALD VASS; LARRY HUFFMAN,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Michael F. Urbanski, Magistrate Judge. (7:08-cv-00518-mfu)

Submitted:  July 30, 2009            Decided:  August 5, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William R. Couch, Appellant Pro Se.  William Wayne Muse, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William R. Couch appeals the magistrate judge's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and subsequent Fed. R. Civ. P. 59(e) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Couch v. Mathena, No. 7:08-cv-00518-mfu (W.D. Va. Jan. 30, 2009 & Feb. 20, 2009). We grant Couch's motion to correct and supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This case was decided by the magistrate judge upon consent of the parties under 28 U.S.C. § 636(c) (2006) and Fed. R. Civ. P. 73.

2